# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-3909
_____

SYED IBRAHIM HUSSAIN and
SYED MUHAMMAD BAQIR
HUSSAIN,

Appellants,

v.

PRIME INTERNATIONAL
PROPERTIES DUVAL, LLC,

Appellee.

_____

On appeal from the County Court for Clay County.
Timothy R. Collins, Judge.

September 9, 2022

PER CURIAM.

AFFIRMED.

ROWE, C.J., and MAKAR and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Syed Ibrahim Hussain and Syed Muhammad Baqir Hussain, pro se, Appellants.

Jerry L. Sessions, II, Jacksonville, for Appellee.